NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA   90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| In re: | ) | CHAPTER 13 |
|---|---|---|
| | ) | |
| LADAY, WILLIAM | ) | CASE NO. 2:10-bk-48667-ER |
| | ) | |
| | ) | **NOTICE OF RESCHEDULED DATE AND** |
| | ) | **CORRECTION OF LOCATION FOR §341(a)** |
| | ) | **MEETING OF CREDITORS** |
| | ) | |
| | ) | |
| | ) | **New Date: May 24, 2011** |
| | ) | **Time:      01:00 PM** |
| | ) | **New Place: Sheraton Downtown Los Angeles** |
| | ) | **711 South Hope Street** |
| Debtor | ) | **Room: Venice Room** |
| | ) | **Los Angeles, CA   90017** |

   PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case has been **rescheduled** for **May 24, 2011 at the following new location: Shearton Downtown Los Angeles, 711 South Hope Street Venice Room, Los Angeles, CA  90017**.  The time shall remain the same.


DATED: April 15, 2011                                          /s/Nancy Curry


NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

In Re:  LADAY, WILLIAM
         Case No. LA 2:10-bk-48667-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

      NANCY CURRY, CHAPTER 13 TRUSTEE
      606 S. OLIVE STREET, SUITE 950
      LOS ANGELES, CA  90014

The foregoing document described as **NOTICE OF RESCHEDULED DATE AND CORRECTION OF LOCATION FOR §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On April 15, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
LADAY, WILLIAM
5910 BEDFORD AVE.
LOS ANGELES, CA 90056

Attorney for Debtor
GREGORY J. DOAN
25401 CABOT ROAD, #119
LAGUNA HILLS, CA 92653-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on April 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2011 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341